# Order

Michigan Supreme Court
Lansing, Michigan

May 1, 2020

158620 & (45)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellant,

v

LARRY JOVAN ADAMS,
          Defendant-Appellee.

SC: 158620
COA: 337330
Saginaw CC: 98-015095-FH

_____/

      By order of March 5, 2019, the application for leave to appeal the October 2, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Washington* (Docket No. 156648). On order of the Court, the case having been decided on May 22, 2019, 503 Mich 1030 (2019), the application is again considered and, it appearing to this Court that the case of *People v Washington* (Docket No. 160707) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case. The motion to file supplemental answer is GRANTED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2020



Clerk

t0422